UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States of America,  :

        Plaintiff,  :

   v.  : DOCKET NO. 3:09CV242(RNC)

John Sova,  :
a/k/a Christopher Sova,
       :
        Defendant.

### STIPULATED JUDGMENT

WHEREAS, Plaintiff, United States of America, has filed a complaint in the above-captioned matter, and Plaintiff and Defendant, John Sova, a/k/a Christopher Sova, have consented to entry of this Stipulated Judgment without further pleading, trial or adjudication of or finding on any issue of law or fact:

Therefore, it is hereby agreed by Plaintiff and Defendant, and ORDERED by the Court that Judgment shall enter pursuant to the following terms:

1. Judgment may enter against Defendant in the sum of $175,133.19, plus costs, plus interest at 6.75% per annum on the principal of $123,685.69 that has accrued from February 19, 2010, to the date of judgment. Thereafter, interest will continue to accrue at the legal rate, pursuant to 28 U.S.C. §1961.

2. Defendant will pay to Plaintiff the judgment amount in monthly installments of **$500.00**, due on or before the **1st** day of each and every month commencing **March 1, 2010,** until the amount of the judgment is paid in full. All payments shall be made payable to "U.S. Department of Justice," reference Docket No. 3:09CV242(RNC) and be mailed to the United States Attorney's Office, Attention: Financial Litigation Unit, 157 Church Street, 23rd Floor, New Haven, Connecticut, 06510.

3. Defendant agrees to complete a financial statement on a yearly basis.

4. The amount of the monthly payment may be modified by mutual agreement of the parties or on the motion of either party after consideration of Defendant's financial circumstances.

5. Defendant's failure to comply with the payment schedule set forth in paragraph 2 above shall entitle Plaintiff to declare the <u>entire balance immediately due</u> and payable and shall further entitle Plaintiff to collect upon this judgment in any manner provided by law without further notice.

6. In addition to regular monthly payments in accordance with Paragraph 2, Plaintiff will submit Defendant's debt to the Treasury Department for inclusion in the Treasury Offset Program.

Plaintiff and Defendant hereby consent to the granting of this Stipulated Judgment without further notice.

For Plaintiff United States of America:

Nora R. Dannehy
United States Attorney

Dated: _____    _____
Christine Sciarrino
Attorney Bar No: CT03393
Attorney for The Department of Justice
United States Attorney's Office
157 Church Street, 23rd floor
New Haven, Connecticut 06510
Telephone: (203) 821-3700
Fax: (203) 773-5392
E-Mail: Christine.Sciarrino@usdoj.gov

Dated: 2/22/10    _____
John Sova
a/k/a Christopher Sova
601 Elm Street
Monroe, CT 06468

APPROVED AND SO ORDERED THIS _____ DAY OF _____,
2010, AT HARTFORD, CONNECTICUT.

_____
Robert N. Chatigny, Chief
United States District Judge

3

Under this program, any federal payment normally received by Defendant may be offset and applied to the debt.

7. Defendant waives formal service of process in this action and acknowledges receipt of a copy of the complaint filed herein.

Plaintiff and Defendant hereby consent to the granting of this Stipulated Judgment without further notice.

For Plaintiff United States of America:

Nora R. Dannehy
United States Attorney

Dated: Feb. 22, 2010

Christine Sciarrino
Attorney Bar No: CT03393
Attorney for The Department of Justice
United States Attorney's Office
157 Church Street, 23rd floor
New Haven, Connecticut 06510
Telephone: (203) 821-3700
Fax: (203) 773-5392
E-Mail: Christine.Sciarrino@usdoj.gov

Dated:_____

John Sova
a/k/a Christopher Sova
601 Elm Street
Monroe, CT 06468

3

APPROVED AND SO ORDERED THIS \_\_\_\_ DAY OF _____,
2010, AT HARTFORD, CONNECTICUT.

_____
Robert N. Chatigny, Chief
United States District Judge